# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| ALLEN GINN, | : No. 79 EM 2019 |
| Petitioner | : |
| v. | : |
| PHILADELPHIA COURT OF COMMON PLEAS, OFFICE OF CLERK OF COURT JUDICIAL OFFICER GENECE BRINKLEY, PRESIDENT JUDGE SHEILA WOODS-SKIPPER, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2019, the Petition for Review and Application for Evidentiary Hearing are DENIED.